UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PAUL,<br>　　　　Plaintiff,<br>　v.<br>CALIFORNIA MENS COLONY,<br>　　　　Defendant. | Case No. 20-cv-01590-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at California Men's Colony in San Luis Obispo County, which lies in the Central District of California. Accordingly, this action is TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 11, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PAUL,<br><br>    Plaintiff,<br><br>  v.<br><br>CMC,<br><br>    Defendant. | Case No. 20-cv-01590-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 11, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emmanuel Paul ID: AC0751
San Quentin State Prison
San Quentin, CA 94974

Dated: March 11, 2020

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: *Karen L. Hom*
                                            Karen Hom, Deputy Clerk to the
                                            Honorable JOSEPH C. SPERO