# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PAUL,<br><br>        Plaintiff,<br><br>    v.<br><br>CMC,<br><br>        Defendant. | Case No. CV 20-2403-VAP (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: October 19, 2020

                                              VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE